UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-cv-280-RGJ  **_ELECTRONICALLY FILED_**

UNITED STATES OF AMERICA	PLAINTIFF

vs.

DR. RIZVON CHAUDHARY
4015 TALLY HO COURT
LOUISVILLE, KY 40299	DEFENDANT

# C O M P L A I N T

The United States of America brings this collection action on behalf of its agency, the Department of Veterans Affairs, for the reasons stated as follows:

1. This is a civil action under the jurisdiction of this Court pursuant to 28 U.S.C. § 1345.

2. Dr. Rizvon Chaudhary (hereinafter "the Defendant") resides in this judicial division of the Western District of Kentucky.

3. To the best of Plaintiff's knowledge, the Defendant is not an infant or incompetent person.

4. On or about April 18, 2014, the Defendant, for value, signed a Recruitment Service Agreement.  A copy of the agreement is attached as Exhibit A, and incorporated by reference as if set forth fully herein.

5. As part of the Recruitment Service Agreement, the Defendant, for value, agreed as follows: "As a condition of being paid a recruitment incentive of

$15,000 in connection with my appointment on a full-time basis, to the position of Physician (Nephrology) at the Salem VA Medical Center effective April 20, 2014, I agree to serve 52 bi-weekly pay periods of employment with the Department of Veterans Affairs (VA), Salem VA Medical Center." Id.

6. The Defendant further agreed: "If I received incentive payments in excess of the amount that would be attributable to the completed portion of the service period, I must repay the excess amount." Id.

7. The Defendant breached the Recruitment Service Agreement by failing to serve the number of pay periods of employment with the Department of Veterans Affairs, Salem VA Medical Center as required.

8. As a result of the Defendant's breach, the United States has been damaged.

9. The Defendant is indebted to Plaintiff in the amount of $17,134.72 as of December 1, 2017, as set out in the Certificate of Indebtedness which is attached and marked Exhibit "B".

10. The Defendant has failed to repay said debt, although demand has been duly made.

11. Under the provision of 28 U.S.C. § 2412(a)(2), the United States is entitled to a filing fee in the amount of $400.00 to be taxed as costs against the Defendant in actions initiated by the United States in any Federal District Court.

WHEREFORE, plaintiff United States of America demands judgment against the Defendant, Dr. Rizvon Chaudhary, for the sum of $17,134.72 as of December 1, 2017, plus pre-judgment interest at the rate of 1% from December 2, 2017, until date of judgment, plus additional interest on the judgment balance at the

legal rate allowed by law, computed daily and compounded annually, its costs herein expended, and any further relief to which the plaintiff may appear entitled. Plaintiff is entitled to recover a filing fee in the amount of $400.00.

                                      Respectfully submitted,

                                      RUSSELL M. COLEMAN
                                      United States Attorney

                                      _s/ William F. Campbell_
                                      William F. Campbell
                                      Assistant United States Attorney
                                      717 West Broadway
                                      Louisville, KY 40202
                                      Phone No: (502) 582-6773
                                      Fax No: (502) 625-7110

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #  _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**VISN 6 FINANCE OFFICE**
**1970 ROANOKE BLVD**
**SALEM, VA 24153**

## CERTIFICATE OF INDEBTEDNESS

Debtor: Rizvon Chaudhary
Address: 4015 Tally Ho Court
Louisville, KY 40299

Total debt due United States as of 12/01/2017.   Amount due: $17,134.72

I certify that records show that the debtor(s) named above is/are indebted to the United States in the amount stated above, plus additional interest on the principal balance of $13,557.62 from 07/14/2014 at the annual rate of 1%. Interest accrues on the principal amount of this debt at the rate of $.37 per day.

The claim arose as a result of defaulting on the service agreement resulting in repayment of $288.46 for 47 pay periods.

Statement of the relevant facts, including: How the debtor(s) became indebted to the United States; the date the debtor(s) defaulted on the loan, note, or obligation; principal balance of the debt; amount and rate of accrued interest on principal balance.

CERTIFICATION: Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Signature _____   Date: 12/1/2017
Terri Miley,
Acting Chief, Centralized Finance Service



Opt-Out: Not Defined

# RECRUITMENT SERVICE AGREEMENT

As a condition of being paid a recruitment incentive of $15,000 in connection with my appointment on a full-time basis, to the position of Physician (Nephrology) at the Salem VA Medical Center effective April 20, 2014, I agree to serve 52 bi-weekly pay periods of employment with the Department of Veterans Affairs (VA), Salem VA Medical Center. Service in a non-pay status will not count towards satisfying this obligation. Any time in a non-pay status will merely postpone the service obligation to VA and will extend the period of obligated service by an equal number of days.

I understand that the incentive will be paid to me as a one-time lump sum payment. My service period beginning date for this agreement is April 20, 2014 and my service period ending date is April 16, 2016.

I understand that VA may unilaterally terminate this agreement based solely on the management needs of VA. I will be entitled to all recruitment incentive payments that are attributable to completed service and to retain any portion of an incentive payment received that is attributable to uncompleted service.

I understand that this agreement will be terminated if I am demoted or separated for cause, receive a rating of record of less than "Fully Successful" or equivalent, or fail to fulfill other terms of this agreement (such as reducing my work hours or changing positions). I understand I am entitled to retain incentive payments previously paid by VA that are attributable to the completed portion of the service period. If I received incentive payments that are less than the amount that would be would be attributable to the completed portion of the service period, VA is not obligated to pay me the amount attributable to completed service. If I received incentive payments in excess of the amount that would be attributable to the completed portion of the service period, I must repay the excess amount. I further agree that any amount I am obligated to refund will be a debt due the United States, which I hereby agree to pay in full as directed by VA, unless the Secretary of Veterans Affairs or designee determines that failure to complete the obligated service was for reasons beyond my control or that repayment is against equity or is not in the interest of the Government.

I understand that this agreement is valid only when signed by me, the recommending official, and the approving official.

_____ 4/18/2014  
RIZVON CHAUDHARY, MD      Date

_____ 4/18/2014  
ANNE C. HUTCHINS, MD      Date  
Chief of Staff

_____ 4/18/2014  
REBECCA J. STACKHOUSE, FACHE/VHA-CM   Date  
Associate Director

APPROVED: I certify that payment of an incentive is appropriate in order to fill the above position.

_____ 4/18/2014  
MIGUEL H. LaPUZ, MD, MBA      Date  
Director



EXHIBIT B